UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-cv-20425-RKA

WINDY LUCIUS,

Plaintiff,

v.

TIMOTHY OULTON RETAIL USA CORPORATION,

Defendant.

_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: March 7, 2024.

By: /s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

By: */s/ Daniel Eric Gonzalez*__
Daniel Eric Gonzalez, Esq.
FBN: 118696
Jonathan A. Beckerman, Esq.
FBN: 568252
**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282
Daniel.Gonzalez@lewisbrisbois.com
Jonathan.Beckerman@lewisbrisbois.com

*Counsel for Defendant*